UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JOHN BARRETT, #491067,

    Petitioner,

v.                                    CASE NO. 2:14-CV-11416

KENNETH ROMANOWSKI,

    Respondent.
_____/

## JUDGMENT

In accordance with the December 17, 2014 Opinion and Order issued in this case,

IT IS ORDERED AND ADJUDGED that the Petition for a Writ of Habeas Corpus is DISMISSED WITH PREJUDICE. Dated at Detroit, Michigan, this 17th day of December, 2014.

                                                  DAVID J. WEAVER
                                                CLERK OF THE COURT

                      BY:    s/Lisa Wagner
                                    Deputy Clerk
                                    and Case Manager to
                                    Judge Robert H. Cleland